PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATOMBA BISHOP and JOSHUA YADON,<br><br>Defendants. | CASE NO. 2:17-CR-00087-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 20, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on July 20, 2017.

2.      By this stipulation, defendants now move to continue the status conference until September 7, 2017, at 9:30 a.m., and to exclude time between July 20, 2017, and September 7, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery produced to the defense thus far amounts to over 1,800 pages of documents and also includes hours of audio and video recordings. The government has also represented that additional discovery is forthcoming within the next couple weeks, including returns from search warrants executed on email addresses that will likely total several hundred or thousand pages.

    b)      Counsel for defendants desire additional time to review this discovery, to consult with and review the charges with their clients, to conduct factual investigation and legal research,

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER         1

and to otherwise prepare for possible resolution, pre-trial motions, or trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2017 to September 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER  2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 17, 2017                                PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ JEREMY J. KELLEY
                                                     JEREMY J. KELLEY
                                                     Assistant United States Attorney

Dated:  July 17, 2017                                /s/ TIMOTHY ZINDEL
                                                     TIMOTHY ZINDEL
                                                     Counsel for Defendant
                                                     LATOMBA BISHOP

Dated:  July 17, 2017                                /s/ MICHAEL BIGELOW
                                                     MICHAEL BIGELOW
                                                     Counsel for Defendant
                                                     JOSHUA YADON


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of July, 2017.


                                                     _____
                                                     Troy L. Nunley
                                                     United States District Judge