**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joshua Yadon

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:17-cr-0087 TLN |
| | ) | |
| Plaintiff | ) | AMENDED STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING |
| vs. | ) | AND MODIFY DUE |
| | ) | DATES AND BRIEFING |
| JOSHUA YADON, | ) | SCHEDULE |
| | ) | |
| Defendant | ) | |
| | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his respective counsels' of record, hereby stipulate as follows:

The previously set sentencing date is reset to April 12, 2018, at 9:30 a.m.; the disclosure of the PSR is set for February 14, 2018; objection date is set for February 28, 2018; Report due on March 7, 2018, Correction date on March 14, 2018, and Reply dated March 22, 2018.

These modifications are necessitated due to the probation officer's scheduled annual leave and counsels' additional

-1-

scheduling conflicts.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request. Accordingly, the parties agree that time within which the trial of this case must be commenced under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, up to and including March 29, 2018.

**IT IS SO STIPULATED**

/S/ JEREMY J. KELLEY
Jeremey J. Kelley, Esq.,              Dated: December 27, 2017
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                 Dated: December 27, 2017
Michael B. Bigelow
Attorney for Defendant

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time pursuant to the 18 U.S.C. §3161(h)(7)(B)(iv) and Title 18 § 3161(h)(8)(A) and (B)(ii).

**IT IS SO ORDERED.**

DATED: December 27, 2017

Troy L. Nunley
United States District Judge